

## Court Of Appeals
### Fourth Court of Appeals District of Texas
### San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00680-CV

**MORNINGSTAR GAS, INC.**,
Appellant

v.

**THE MATTHEWS FIRM, P.L.L.C.**,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-07-0493, the Honorable Jose Luis Garza presiding

No. 04-08-00775-CV

# IN RE MORNINGSTAR GAS, INC.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting: Catherine Stone, Chief Justice
    Karen Angelini, Justice
    Sandee Bryan Marion, Justice

Delivered and Filed: January 14, 2009

APPEAL DISMISSED FOR LACK OF JURISDICTION; PETITION FOR WRIT OF MANDAMUS DENIED

---

 [1] This proceeding arises out of Cause No. DC-07-493, styled *The Matthews Firm, P.L.L.C. v. Morningstar Gas, Inc. et al*, pending in the 381st Judicial District Court, Starr County, Texas, the Honorable Jose Luis Garza presiding.

In these consolidated proceedings, Morningstar Gas, Inc. ("Morningstar") complains of the trial court's order denying in part its motion to compel arbitration. We dismiss Morningstar's interlocutory appeal for lack of jurisdiction. *See In re Texas Best Staff Leasing, Inc.*, Nos. 01-08-00296-CV and 01-08-00418-CV, 2008 WL 4531028, at *3 (Tex. App.—Houston [1st Dist.] Oct. 9, 2008, combined appeal and orig. proceeding [mand. pending]) (mem. op.); *see also Nabors Drilling USA, LP v. Carpenter*, 198 S.W.3d 240, 245-6 (Tex. App.—San Antonio 2006, combined appeal and orig. proceeding). Furthermore, after considering Morningstar's petition for writ of mandamus, this court is of the opinion that Morningstar is not entitled to the relief sought. Accordingly, Morningstar's petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

PER CURIAM